

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00103-CR

Melvin **MARTIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3537
Honorable Mary D. Roman, Judge Presiding

## O R D E R

The State's brief was originally due to be filed with this court on July 28, 2014. We granted the State's first motion for an extension of time to file the brief until August 27, 2014. On August 29, 2014, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than September 26, 2014. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court